UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 17 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_ck_
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:07MJ0080 GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ERIC DUANE PACE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   ERIC DUANE PACE  , Case No. 2:07MJ00070-GGH  , Charge   DUE  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

   __   Unsecured Appearance Bond

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

   __   (Other)   __

Issued at   Sacramento, CA   on   August 17, 2009   at   9:12 am  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court