```
BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
HEATHER M. THOMAS
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807
```



**FILED**

MAR 25 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC D. PACE,<br><br>    Defendant. | Mag. No. 07-80-GGH<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING, AND<br>[PROPOSED] ORDER<br><br>DATE: April 18, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |

On September 2, 2009, the defendant, ERIC D. PACE, pled guilty, pursuant to a plea agreement, to a Third Superseding Information charging him with Driving a Vehicle With a Blood Alcohol Content of .08% or More, in violation of Title 18, United States Code, Section 13 and California Vehicle Code Section 23152(b).  ERIC D. PACE was given the following sentence by United States Magistrate Judge Gregory G. Hollows:

The defendant shall serve a three-year term of court probation, to terminate upon fulfillment of the following conditions:

///

///

1. The defendant shall pay a $390.00 fine, payable within 60 days of the sentencing date;
2. The defendant shall pay a $10.00 special assessment; and
3. The defendant shall enroll and participate in, and successfully complete an alcohol education and counseling program, licensed pursuant to Section 11836 of the California Health and Safety Code and required by California Department of Motor Vehicles, in the defendant's county of residence employment. The defendant shall provide proof of enrollment within six months of the sentencing date, to the U.S. Attorney's Office, Misdemeanor Unit. Upon completion of the program, the defendant shall provide proof to the Misdemeanor Unit.

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has failed to pay any part of the imposed fine of $390.00;
2. The defendant has failed to pay any part of the $10.00 special assessment; and
3. The defendant has not provided proof of enrollment in an alcohol education and counseling program.

The United States therefore petitions the Court to place this matter on its calendar for 9:00 a.m. on April 18, 2011, to allow the defendant to show cause why the probation granted on September 2, 2009, should not be revoked.

///

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. All of the above was related to me by Heather Thomas.

DATED: March 23_, 2011          Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Jill Thomas
                                JILL THOMAS
                                Assistant U.S. Attorney

### [PROPOSED] ORDER

It is Hereby Ordered that the defendant appear on April 18, 2011, at 9:00 a.m., to show cause why the probation granted on September 2, 2009, should not be revoked.

IT IS SO ORDERED.

Dated: March 25, 2011

GREGORY G. HOLLOWS
Hon. Gregory G. Hollows
United States Magistrate Judge

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on March 24, 2011, she served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Eric D. Pace
Address on file

          /s/Heather M. Thomas
          HEATHER M. THOMAS